3/17/2025 3:29 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-21-003198
Rosa Oneal

**Cause No. D-1-GN-21-003198\***
**(Consolidated with D-1-GN-21-003203)**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 11:06:42 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **CITY OF COPPELL, TEXAS;** | § | **IN THE DISTRICT COURT OF** |
| **CITY OF HUMBLE, TEXAS;** | § | |
| **CITY OF DESOTO, TEXAS;** | § | |
| **CITY OF CARROLLTON,** | § | |
| **TEXAS; CITY OF FARMER'S** | § | |
| **BRANCH, TEXAS; CITY OF** | § | |
| **ROUND ROCK, TEXAS,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| **GLENN HEGAR**, as Comptroller | § | |
| of Public Accounts of the State of | § | |
| Texas, | § | |
| *Defendant.* | § | **201ST JUDICIAL DISTRICT** |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Glenn Hegar, as Comptroller of Public Accounts of the State of Texas, gives notice of its desire to appeal the final judgment signed on December 31, 2024, in this case, pursuant to Texas Rule of Appellate Procedure 25.1. Plaintiffs, the Cities of Coppell, Humble, DeSoto, Carrolton, and Farmer's Branch, Texas, filed their notice of appeal on March 3, 2025. Therefore, this is Defendant's notice of cross appeal. As required by Texas Rule of Appellate Procedure 26.1(d), this notice of appeal is being filed within 14 days of Plaintiffs' notice

In accordance with Texas Rule of Appellate Procedure 25.1(d)(9), Defendant states that this matter is "brought by or against the state or a board, commission,

department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education. Therefore, this appeal is taken to the Court of Appeals for the Fifteenth District of Texas. The case has already been docketed in the Fifteenth Court of Appeals as Number 15-25-00022-CV, *City of Coppell, Texas, the City of Humble, Texas, the City of DeSoto, Texas, the City of Carrollton, Texas, and the City of Farmers Branch, Texas, v. Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts.*

As required by Texas Rule of Appellate Procedure 25.1(e) and Texas Civil Practice and Remedies Code § 51.017(a), a copy of this notice of appeal is being served on the court reporter as reflected in the certificate of service below.

Dated: March 17, 2025.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**STEVEN ROBINSON**
Division Chief, Tax Litigation Division

*/s/* Kyle Pierce Counce
KYLE PIERCE COUNCE
Assistant Attorney General
State Bar No. 24082862
kyle.counce@oag.texas.gov
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
512-463-3112
512-478-4013 (fax)

**Attorneys for Defendant Glenn Hegar, as Comptroller of Public Accounts of Texas.**

# Certificate of Service

I certify that on March 17, 2025, a copy of the foregoing was served on all parties or attorneys of record via the service methods listed below.

Cindy Olson Bourland
bourland@bourlandlaw.com
BOURLAND LAW FIRM, PC
P.O. Box 546
Round Rock, Texas 78680

Bryan Dotson
Bryan.dotson@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS, & AUGHTRY,
P.C.
112 East Pecan Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 278-5844
Facsimile: (210) 253-8384

*Counsel for City of Round Rock*

James B. Harris
Jim.harris@hklaw.com
Stephen F. Fink
Stephen.fink@hklaw.com
Reed C. Randel
reed.randel@hklaw.com
Richard B. Phillips, Jr.
Rich.phillips@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Brandon L. King
brandon.king@hklaw.com
HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701

***Counsel for City of Coppell, City of Humble, City of DeSoto, City of Carrollton, City of Farmers Branch***

Jamie K. Foley
Official Court Reporter
250th Judicial District Court 1700
Guadalupe, 9th Floor Austin, TX
78701
Jamie.Foley@Traviscountytx.gov

**Official Court Reporter**

/s/ Kyle Pierce Counce
**KYLE PIERCE COUNCE**
Assistant Attorney General
kyle.counce@oag.texas.gov

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynee Pearson on behalf of Kyle Counce
Bar No. 24082862
lynee.pearson@oag.texas.gov
Envelope ID: 98543575
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 3/18/2025 10:30 AM CST

Associated Case Party: GLENN HEGAR TEXAS STATE COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ray Langenberg | | ray.langenberg@cpa.texas.gov | 3/17/2025 3:29:27 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 3/17/2025 3:29:27 PM | SENT |

Associated Case Party: CITY OF COPPELL TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 3/17/2025 3:29:27 PM | SENT |
| Reed C.Randel | | reed.randel@hklaw.com | 3/17/2025 3:29:27 PM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 3/17/2025 3:29:27 PM | SENT |
| James B.Harris | | jim.harris@hklaw.com | 3/17/2025 3:29:27 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Denise Putnam | | putnam@bourlandlaw.com | 3/17/2025 3:29:27 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 3/17/2025 3:29:27 PM | SENT |
| Cindy Bourland | | bourland@bourlandlaw.com | 3/17/2025 3:29:27 PM | SENT |
| Bryan Dotson | | Bryan.dotson@chamberlainlaw.com | 3/17/2025 3:29:27 PM | SENT |
| Jamie K.Foley | | jamie.foley@traviscountytx.gov | 3/17/2025 3:29:27 PM | SENT |